■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D. COLUCCI, Appellant. [896 NYS2d 276]—Appeal from an order of the Onondaga County Court (Joseph E. Fahey, J.), entered February 3, 2009. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.